FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL M. JULSON,<br><br>Defendant. | No. 1:21-PO-08011-MKD-1<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS CASE WITHOUT PREJUDICE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 10, 11** |

Before the Court is the United States' Motion to Dismiss Case Without Prejudice (ECF No. 10) pursuant to Fed. R. Crim. P. 48(a) and related Motion to Expedite (ECF No. 11.  For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. The United States' Motion to Dismiss Case Without Prejudice (**ECF No. 10**) is **GRANTED**.  This case shall be **DISMISSED WITHOUT PREJUDICE**.

2. The United States' Motion to Expedite (**ECF No. 11**) is **GRANTED**.

3. The District Court executive is directed to file this Order, provide

ORDER GRANTING UNITED STATES' MOTION TO DISMISS CASE WITHOUT PREJUDICE AND MOTION TO EXPEDITE - 1

copies to counsel, and close the file.

DATED March 5, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNITED STATES' MOTION TO DISMISS CASE WITHOUT PREJUDICE AND MOTION TO EXPEDITE - 2